UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COSTA & GRISSOM MACHINERY
COMPANY, INC., et al.,

    Plaintiffs,

    v.

QINGDAO GIANTWAY MACHINERY
CO., LTD. and LOBO MACHINERY
CORPORATION,

    Defendants.

CIVIL ACTION
NO. 1:08-CV-2948-CAP

**O R D E R**

This matter is now before the court on the parties' combined joint motion and brief to allow the plaintiffs to pay a cashier's check into the registry of this court in lieu of posting a bond.[1] The court has reviewed the parties' motion and proposed order and will allow the plaintiffs to submit a cash bond in the form of a cashier's check payable to the Clerk of Court in the amount of $200,000.00. The Clerk is DIRECTED to deposit the cashier's check into the court's money market interest bearing account. As the court set forth in its March 24, 2009, order [Doc. No. 80], this check must be submitted to the Clerk no later than March 30, 2009.

So ordered, this 30th day of March, 2009.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge

---

[1] The documents associated with this motion were submitted directly to chambers and were not electronically filed.